# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-17865-AMC

ALBERT E. NEFERDORF

456 Vine Street

Langhorne, PA 19047

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ALBERT E. NEFERDORF

456 Vine Street

Langhorne, PA 19047

**Counsel for debtor(s), by electronic notice only.**
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                /s/ William C. Miller

Date: 1/19/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee