United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17865-amc
Albert E. Neferdorf                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1            Date Rcvd: Aug 14, 2017
                              Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
```
db         +Albert E. Neferdorf,    456 Vine Street,    Langhorne, PA 19047-7533
cr         +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13821156   +Convergent Outsoucing, Inc,    800 Sw 39th St,    Renton, WA 98057-4975
13821155   +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13821157   +SLS,   8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
13827373   +Specialized Loan Srving LLC,    c/o Brian Nicholas, Esq.,    KML Law Group PC,
             701 Market St., Ste. 5000,    Phila., PA 19106-1541
13851959   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13821158   +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13821159   +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13848805    Wells Fargo Bank NA,    c/o Karina Velter, Esq.,    Manley Deas Kochalski LLC,    PO Box 165028,
             Columbus, OH 43216-5028
13821160   +Wells Fargo Bank Nv Na,    Mac F8235-02f,    Po Box 10438,    Des Moines, IA 50306-0438
13821161   +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
13847263   +Wells Fargo Bank, N.A. Home Equity Group,    1 Home Campus  X2303-01A,
             Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 15 2017 01:25:53     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2017 01:25:29
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 15 2017 01:25:46     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust2006-9AR,
           Mortgage Pass-Through Certificates, Series 2006-9AR U.S. Bank National Association, as Trustee,
           successor in interest to Bank of America, National Associati bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          PAUL H. YOUNG    on behalf of Debtor Albert E. Neferdorf ykassoc@gmail.com, ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          THOMAS I. PULEO    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust2006-9AR, Mortgage
           Pass-Through Certificates, Series 2006-9AR U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Associati tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALBERT E. NEFERDORF          Chapter 13

          Debtor           Bankruptcy No. 16-17865-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this __14th__ day of __August__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
ALBERT E. NEFERDORF

456 VINE STREET

LANGHORNE, PA 19047