**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE   ALBERT E. NEFERDORF

                                                              : CHAPTER 13

:
:
: BANKRUPTCY NO 16-17865 AMC

Debtor (s)

**PRA E C I P E**

Kindly withdraw TRUSTEE'S FINAL REPORT CLOSED Docket entry #35

                                                          Respectfully submitted,

Date   : September 10, 2018

                                                         /s/William C. Miller, Esquire

                                                         William C. Miller, Esquire
                                                         Chapter 13 Standing Trustee
                                                         P.O. Box 1229
                                                         Philadelphia, PA  19105-229